# UNITED STATES DISTRICT COURT
для the

Eastern District of North Carolina

| United States of America | ) | **AMENDED JUDGMENT** |
|---|---|---|
| v. | ) | |
| BENNIE M. STANLEY | ) | Case No: 7:12-CR-6-1H |
| | ) | USM No: 56020-056 |
| Date of Original Judgment: 08/15/2012 | ) | |
| Date of Previous Amended Judgment: ___ | ) | Lauren Brennan |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  72  months **is reduced to**  time served.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated 08/15/2012 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 12/18/14

Effective Date: 11/01/2015
*(if different from order date)*

Malcolm J. Howard, Senior U.S. District Judge
*Printed name and title*

EDNC 7/26/2012